The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHARON ROZEBOOM and ANTHONY LAVALLEY, individually and on behalf of all other similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>DIETZ & WATSON, INC.,<br><br>Defendant. | Case No. 2:17-cv-01266-RAJ<br><br>**DECLARATION OF BREANNE MARTELL IN SUPPORT OF DEFENDANT DIETZ & WATSON, INC.'S OPPOSITION TO PLAINTIFFS' MOTION FOR CONDITIONAL CLASS CERTIFICATION AND COURT-AUTHORIZED NOTICE**<br><br>**NOTED FOR HEARING: DECEMBER 1, 2017** |

### DECLARATION OF BREANNE MARTELL

I, Breanne Martell, declare as follows:

1. I am an attorney with the law firm of Littler Mendelson, attorneys of record in this matter for Defendant Dietz & Watson, Inc. ("Dietz"). I make this declaration in support of Defendant Dietz's Opposition to Plaintiffs' Motion for Conditional Class Certification and Court-Authorized Notice.

2. I have personal knowledge of the matters contained in this declaration, and if called to do so, can testify competently to the same.

**MARTELL DECL. IN SUPPORT OF DEF'S OPP. TO CONDITIONAL CERTIFICATION** - 1

2:17-CV-01266-RAJ

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
206.623.3300

3. In my capacity as Dietz's attorney in this case, I directed my staff to conduct an online internet search of LinkedIn for the named Plaintiffs and Opt-In Plaintiffs. Attached to this Declaration are true and correct copies of LinkedIn Profiles we found and printed as follows:

Exhibit 1:   Plaintiff Rozeboom's LinkedIn Profile;

Exhibit 2:   Opt-In Plaintiff R. Suchan's LinkedIn Profile;

Exhibit 3:   Opt-In Plaintiff Antolic's LinkedIn Profile; and

Exhibit 4:   Opt-In Plaintiff K. Suchan's LinkedIn Profile.

4. Defendant served its First Set of Interrogatories and Requests for Production on Plaintiffs and opt-in Plaintiffs on October 18, 2017. Their responses were due on November 17, 2017. To date, none of the Plaintiffs or opt-in Plaintiffs have responded to Defendant's discovery requests. Among these discovery requests were requests that would have required the Plaintiffs and opt-in Plaintiffs to produce their LinkedIn Profiles.

I declare under penalty of perjury under the laws of the United States of America, 28 U.S.C. § 1746, that the foregoing is true and correct.

Dated: November 27, 2017

*s/ Breanne Martell*
BREANNE MARTELL

**MARTELL DECL. IN SUPPORT OF DEF'S**
**OPP. TO CONDITIONAL CERTIFICATION** - 2

2:17-CV-01266-RAJ

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA  98101.3122
206.623.3300

# CERTIFICATE OF SERVICE

I am a resident of the State of Washington, over the age of eighteen years, and not a party to the within action. My business address is One Union Square, 600 University Street, Ste. 3200, Seattle, WA 98101. On November 27, 2017, I electronically filed the foregoing document(s) with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

| ATTORNEYS FOR PLAINTIFFS ||
|---|---|
| **Toby J. Marshall, WSBA #32726**<br>tmarshall@terrellmarshall.com<br>**TERRELL MARSHALL LAW GROUP PLLC**<br>**936 North 34th Street, Suite 300**<br>**Seattle, Washington 98103-8869**<br>**Telephone:** (206) 816-6603<br>**Facsimile:** (206) 319-5450 | **Jason D. Friedman**<br>*Pro Hac Vice*<br>friedman@nka.com<br>**Rebekah L. Bailey**<br>*Pro Hac Vice*<br>bailey@nka.com<br>**NICHOLS KASTER, PLLP**<br>**4600 IDS Center**<br>**80 South 8th Street**<br>**Minneapolis, MN 55402**<br>**Telephone:** (612) 256-3200<br>**Facsimile:** (612) 215-6870 |

Executed on November 27, 2017, at Seattle, Washington.

*s/ Sally Swearinger*
Sally Swearinger
sswearinger@littler.com
**LITTLER MENDELSON, P.C.**

Firmwide:151327565.1 095532.1001

**MARTELL DECL. IN SUPPORT OF DEF'S**
**OPP. TO CONDITIONAL CERTIFICATION - 3**
2:17-CV-01266-RAJ