# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SHARON ROZEBOOM, ANTHONY LAVALLEY, BROOKE ALCANTAR, MARY BILSKI, MATTHEW BRESLIN, MICHAEL BRODSKY, KATHY BUCKLEY, GLENN COHEN, TERESA DOAN, JOAN DURANTE, CHRISTIAN GAVILANES, MICHAEL LAGOY, LAURA LAKOWSKI, THOMAS LOBELLO, KAYODE LOTT, THOMAS MAIER, JULIUS MALEK, TINA NESBITT, NELSON ORTEGA, MARK ROHAN, RODNEY ROSS, TRENT RUSSELL, SABINA SCHOEN, STEPHEN SHRADER, KATHLEEN SUCHAN, ROBERTA SUCHAN, ROBERT TOWNSEL, DOMINICK VITALE, AND RUTH WARREN INDIVIDUALLY AND/OR ON BEHALF OF ALL OTHER similarly situated individuals, | Case No.: 2:17-cv-01266-RAJ |
| Plaintiffs, | [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS, AND NAMED PLAINTIFF SERVICE PAYMENTS |
| v. | |
| DIETZ & WATSON, INC. | |
| Defendant. | |

The above-titled matter came before this Court upon Plaintiffs' Motion for Attorneys' Fees and Costs, and Named Plaintiff Service Payments. Dkt. # 91. Based upon the memoranda, exhibits, and all the files and proceedings herein, the Court makes the following:

## ORDER

1.　The requested attorneys' fees and costs are reasonable in light of the favorable settlement obtained, the risks associated with pursuing the case, and the time and expenses incurred to bring about a settlement. This Order adopts and incorporates the Settlement Agreement, the terms defined therein, and all exhibits thereto.

2.　Class Counsel's request for attorneys' fees is **GRANTED**. Class Counsel is awarded attorneys' fees in the amount of $418,750 (25% of the Gross Settlement Amount) from the Gross Settlement Amount.

3.　Class Counsel's request for reimbursement of expenses in the amount of $12,708.96 and costs for the Settlement Administrator in the amount of $2,500 from the Gross Settlement Amount is **GRANTED**.

4.　Class Counsel's request for named plaintiff service payments of $5,000 each to Named Plaintiffs Sharon Rozeboom and Anthony LaValley and $2,000 to Rule 23 Class Representative Brooke Alcantar from the Gross Settlement Amount is **GRANTED**.

SO ORDERED this 17th day of May, 2019.

_Richard A. Jones_

The Honorable Richard A. Jones
United States District Judge

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS